March 11, 2011

Ms. Elizabeth Conry Davidson
Attorney at Law
1802 Blanco Road
San Antonio, TX 78212-2614

Mr. Bryan A. Woods
Law Office of Bryan A. Woods
8626 Tesoro Drive, Suite 500
San Antonio, TX 78217
Honorable John D. Gabriel
131st Judicial District Court
100 Dolorosa Street, 4th Floor
San Antonio, TX 78205

RE: Case Number: 09-0309
 Court of Appeals Number: 04-09-00115-CV
 Trial Court Number: 2008-CI-13072

Style: IN RE JOSEPH CHARLES RUBIOLA, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The stay
order issued May 15, 2009 is lifted. If you would like the opinion by
email, please contact Claudia Jenks at claudia.jenks@txcourts.gov or call
(512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |